# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLYNIS BETHEL,** | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action 10-0142-WS-C |
| **JUDY A. NEWCOMB, et al.,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to obey the Court's order and to prosecute this action.

**DONE** this 19th day of July, 2010.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**